UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **OKYEAME WOODARD #309377** | **CASE NO.  5:23-CV-01619 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TIMOTHY HOOPER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers on this 15th day of April, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE